UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHAKESPEARE COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SILSTAR CORPORATION OF AMERICA, INC., LFS, INC., and STEPHEN WILTON d/b/a SHINYSCREEN SOLUTIONS INC.,<br><br>    Defendants. | Civil Action No. CV-06-0090-RSL<br><br>VOLUNTARY DISMISSAL OF STEPHEN WILTON d/b/a SHINYSCREEN SOLUTIONS INC. WITHOUT PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Shakespeare Company, LLC dismisses without prejudice its claims against Defendant Stephen Wilton d/b/a Shinyscreen Solutions, Inc.

Respectfully submitted this 28th day of March, 2006.

By:   s/ J. Christopher Carraway_____
J. Christopher Carraway, admitted *pro hac vice*
chris.carraway@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300
Facsimile:  503-595-5301

Cindy Caditz, WSBA No. 16,701
cindy.caditz@klarquist.com
KLARQUIST SPARKMAN, LLP
999 Third Avenue, Suite 4200

VOLUNTARY DISMISSAL OF STEPHEN WILTON - 1
(CV-06-0090-RSL)

KLARQUIST SPARKMAN, LLP
999 Third Avenue, Suite 4200
Seattle, WA  98104
Telephone:  503-264-2960

1
2
Seattle, Washington  98104
Telephone:  206-264-2960
Facsimile:  206-624-2179

3
*Attorneys for Plaintiff Shakespeare Company, LLC*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

VOLUNTARY DISMISSAL OF STEPHEN WILTON - 2
(CV-06-0090-RSL)

KLARQUIST SPARKMAN, LLP
999 Third Avenue, Suite 4200
Seattle, WA  98104
Telephone:  503-264-2960

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on March 28, 2006, a true copy of the foregoing was served to the following counsel by electronic filing of the document with the Court:

Adele Conover
Miller Nash LLP
601 Union Street, Suite 4400
Seattle, Washington  98101-1367
adele.conover@millernash.com

Alice Carmichael Richey
Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon St.
Charlotte, North Carolina  28202
arichey@kennedycovington.com

*Counsel for Defendant Silstar Corporation of America, Inc.*

Brian G. Bodine
Davis Wright Tremaine LLP
2600 Century Square
1501 Fourth Avenue
Seattle, Washington  98101-1688
brianbodine@dwt.com

*Counsel for Defendant LFS, Inc.*

/s/ J. Christopher Carraway_____
J. Christopher Carraway

CERTIFICATE OF SERVICE

KLARQUIST SPARKMAN, LLP
999 Third Avenue, Suite 4200
Seattle, WA  98104
Telephone:  503-264-2960